# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREG BOYD,** | ) Case No. 2:11-cv-00828-MCE -DAD |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| | ) |
| **AARGON COLLECTION** | ) |
| **AGENCY; and DUANE CHRISTY,** | ) |
| **an individual,** | ) |
| | ) |
| Defendant. | ) |

        IT IS HEREBY ORDERED that the Plaintiff's request for leave to file his

Second Amended Complaint to correct the identity of named Defendants, is

hereby granted.

Dated:  May 18, 2011

_____

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order