Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **GREG BOYD,** | ) | Case No. **2:11-cv-00828-MCE-CKD** |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **AARGON AGENCY, INC., DBA** | ) | |
| **AARGON COLLECTION AGENCY;** | ) | |
| **DUANE CHRISTY, an individual,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | _____ |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 24th day of February, 2012.

By: s/Todd M. Friedman
     TODD M. FRIEDMAN
     Law Offices of Todd M. Friedman, P.C.
     Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 24th day of February, 2012, with:

United States District Court CM/ECF system

Notification sent electronically on this 24th day of February, 2012, to:

Honorable Morrison C. England
United States District Court
Eastern District of California

Mark J. Bourassa
The Bourassa Law Group, LLC
Attorney for Defendant

s/Todd Friedman
   Todd Friedman