# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREG BOYD,** | ) Case No. **2:11-cv-00828-MCE-CKD** |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **AARGON AGENCY, INC., DBA AARGON COLLECTION AGENCY; DUANE CHRISTY, an individual,** | ) |
| Defendants. | ) |

Pursuant to the joint motion of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), said motion (ECF No. 25) is GRANTED and the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

IT IS SO ORDERED.
DATED: April 9, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1